FILED'07 OCT 26 14:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 96-447-01-PA |
| | ) | |
| v. | ) | ORDER REVOKING |
| | ) | SUPERVISED RELEASE TERM, |
| MICHAEL GARLAND PAYNE, | ) | IMPOSING SENTENCE, AND |
| | ) | REIMPOSING SUPERVISED |
| Defendant. | ) | RELEASE TERM |

On October 26, 2006, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 10 months to be followed by a 26-month term of supervised release subject to standard and special conditions. The term of supervised release began August 2, 2006.

On October 3, 2007, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On October 26, 2007, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found the defendant had violated the conditions of supervised release by failing to participate in a drug treatment program as directed by the probation officer; failure to submit truthful and complete written reports as directed by the

probation officer; and failure to report change of residence and employment as directed by the probation officer.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court that defendant is suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of time served.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to reimposition of supervised release, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release for 24 months, subject to the previously imposed standard conditions and special conditions.

**DATED** this 26 day of October, 2007.

The Honorable Owen M. Panner
Senior U.S. District Judge